**David E. SIMPSON, Petitioner–Appellant,**

v.

**Angela DUNBAR, Respondent–Appellee.**

No. 13–6480.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2013.

Decided: Aug. 6, 2013.

David E. Simpson, Appellant pro se. Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Simpson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Simpson v. Dunbar,* No. 5:12–hc–02096–FL, 2013 WL 1146780 (E.D.N.C. Mar. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*